Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Chapman L. Noam
Assistant Federal Public Defender
Nev. Bar No. 16291; Cal. Bar No. 349965
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chapman_Noam@fd.org

*Attorney for Petitioner Gabriel Alejandro Rojas Suarez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gabriel Alejandro Rojas Suarez,

Petitioner

v.

Reggie Rader, Chief of Henderson Police Department and Henderson Detention Center; Ruben Leyva, Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; David Venturella, Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, U.S. Attorney General,

Respondents

Case No. 2:26-cv-02518-CDS-DJA

**Order Granting Petitioner's Unopposed Motion for Extension to File First Amended 28 U.S.C. § 2241 Petition and Motion to Proceed *in forma pauperis***

[ECF No. 7]

## Introduction

Petitioner Gabriel Alejandro Rojas Suarez initiated these proceedings by mailing a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 to the Court on or about August 13, 2026.[1] This Court appointed the Federal Public Defender, District of Nevada, to represent Rojas Suarez.[2] This Court further ordered the government to produce certain records, or certify that those records are not in their possession, custody, or control.[3] Finally, this Court ordered Rojas Suarez to file a counseled amended petition within fourteen days of undersigned counsel entering their appearance in this matter.[4] On September 1, 2026, the government produced five documents—an I-213 form; an I-862 notice; an I-286 form; a *Jacobo Ramirez* class notice; and an I-200 warrant. The government certified in an email to undersigned counsel's support staff that the documents provided were "the only documents in our possession, custody or control at this time."

Undersigned counsel requires more time to prepare an Amended Petition in this case. The reasons for this extension include that more time is needed to gather information and conduct further research regarding Rojas Suarez's case. Thus, Counsel requests an extension of time of two weeks to file the amended petition, which is currently due today, September 9, 2026. This motion is not filed for the purpose of delay, but in the interests of justice as well as the interest of Petitioner. Undersigned counsel has been diligently working on this matter but requires

---

[1] ECF No. 1-1.

[2] ECF No. 3 at 2.

[3] *Id.*

[4] *See id.*

additional time to identify what, if any, issues are appropriate for Rojas Suarez's amended petition.

Under this Court's local rules, undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, on September 9, 2026, to confer about this request for an extension. Counsel for Respondents responded that they did not oppose Petitioner's extension request. Therefore, Rojas Suarez respectfully requests the Court grant the motion and order that the amended petition is due by September 23, 2026.

Dated September 9, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Chapman L. Noam*
Chapman L. Noam
Assistant Federal Public Defender

**Order**

It is ordered that the petitioner's unopposed motion to extend time to file an amended petition and application to proceed *in forma pauperis* [ECF No. 7] is granted nunc pro tunc. The deadline is extended to September 23, 2026.

Cristina D. Silva
United States District Judge

Dated: September 11, 2026